Charles H. Lenske, appellant, v. Robert A. Pottinger, appellee. Gen. No. 27,665.

Action by architect for professional services. Verdict directed for defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed and judgment here. Opinion filed May 9, 1923.

A. D. Gash, for appellant. A. S. and E. W. Froehlich, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Don C. Coultrap, appellee, v. E. McNeal & Company, appellant. Gen. No. 27,684.

Suit for damages for breach of contract to supply certain oil stock. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923. Rehearing denied May 23, 1923.

W. J. Lewis and Adams, Follansbee, Hawley & Shorey, for appellant; Melvin M. Hawley, Robert W. Schupp and Fred Barth, of counsel. Ogden & Traxler, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

E. N. Duerlein, trading as E. N. Duerlein & Company, appellee, v. Robert Nordin, appellant. Gen. No. 27,755.

Suit on oral contract for broker's commission for procuring tenant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923.

Edelson & Paullin, for appellant; Hyland J. Paullin, of counsel. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Esther Murray, appellee, v. City of Chicago, appellant. Gen. No. 27,774.

Suit for damages for personal injuries by falling into open ditch dug in connection with lighting system of city. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923.

Samuel A. Ettelson, Corporation Counsel, and William H. Devenish, City Attorney, for appellant; Robert H. Farrell, of counsel. Quin O'Brien, for appellee; Urban P. Gallagher, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.